District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOA T. NGUYEN, TIEN N. NGUYEN, NAM H. NGUYEN, and T-H-N,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE ARRIES CORSANO, Seattle District Director of U.S. Citizenship and Immigration Services; UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:21-cv-01520-MJP<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>Note on Motion Calendar:<br>January 18, 2022 |

COME NOW, Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of 30 days for Defendants to respond to the Complaint. Defendants' responsive pleading to the Complaint is due January 21, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties are currently attempting to resolve this matter without the need for litigation. Therefore, the parties believe good cause exists for a brief stay

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01520-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to allow the parties to continue their efforts and to save the Court and the parties from spending unnecessary time and resources on this matter.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint by 30 days to February 18, 2022.

Stipulated to and presented this 18th day of January, 2022.

| OPEN SKY LAW, PLLC | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR, WSBA #33995<br>20415 72nd Avenue S., Suite 110<br>Kent, WA 98032<br>Phone: 206-962-5052<br>Email: devin@opensky.law<br><br>*Counsel for Plaintiffs* | *s/ Nickolas Bohl*<br>NICKOLAS BOHL WSBA #48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01520-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 19th day of January, 2022.

_____
JAMES L. ROBART
United States District Court Judge

STIPULATION FOR EXTENSION OF TIME
2:21-cv-01520-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970